B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Edge Manufacturing, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>~~6020~~ 33-0586079 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1880 Delilah Street**<br>**Corona, CA 92879**<br>ZIP CODE 92879 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Riverside** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 04 2010 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: Deputy Clerk

**Estimated Number of Creditors**
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)                                                                                                                    **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Edge Manufacturing, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:  N/A - None. | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District:    Central District of California | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☒ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| B 1 (Official Form) 1 (1/08) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Edge Manufacturing, Inc. |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>   Signature of Attorney for Debtor(s)<br>   **Javier H. Castillo, Esq.**<br>   Printed Name of Attorney for Debtor(s)<br>   **Castillo Law Office**<br>   Firm Name<br>   **3638 University Ave., Suite 208**<br>   Address **Riverside, CA 92501**<br><br>   **Tel. (888) 229-0089; Fax (888) 229-0087**<br>   Telephone Number<br>   **01/04/09**<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>   **Dennis Ghibaudo**<br>   Printed Name of Authorized Individual<br>   **CEO**<br>   Title of Authorized Individual<br>   **01/04/09**<br>   Date | |

B 1C (Official Form 1, Exhibit C) (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| | | |
|---|---|---|
| In re  Edge Manufacturing, Inc.    , | ) | Case No. _____ |
|                  Debtor | ) | |
| | ) | |
| | ) | Chapter  11 _____ |

## EXHIBIT "C" TO VOLUNTARY PETITION

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

1880 Delilah Street
Corona, CA 92879

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

Manufacturing facility, utilizing materials alleged to cause certain ailments to the human body.

Form B4 (Official Form 4) - (12/07)                                                         2007 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re    Edge Manufacturing, Inc. | CHAPTER:    11 |
| Debtor(s) | CASE NO.: |

# Form 4.
## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, govern-ment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

See Attachment "A"

Date: _12-30-07_

_____
Debtor

[Declaration as in Form 2]

In re: Edge Manufacturing, Inc. (Ch. 11)

Attachment "A"

| 1. | 2. | 3. | 4. | 5. |
|---|---|---|---|---|
| Internal Revenue Service<br>PO Box 2068<br>Rancho Cordova, CA 95741 | Theodore Fahman<br>Tel. (714) 347-9522<br>Fax (714) 347-9557 | Federal Taxes | - | $109,864.13 |
| Bay Area Financial Corp.<br>12400 Wilshire Blvd., Ste 230<br>Los Angeles, CA 90025 | | Loan | | $833,802.00 |
| Lori Ham<br>12211 Appian Dr., Rancho Cucamonga, CA 91739 | | Child Support | - | $85,000.00 |
| State Financial Corporation<br>1661 W. San Vicente Blvd.<br>Los Angeles, CA 90049<br>(310) 850-5222 | Labowe, Labowe & Hoffman<br>1631 W. Beverly Blvd.<br>Los Angeles, CA 90026<br>(213) 250-9800 | Judgment | Setoff | $78,441.00 |
| TEC Equipment<br>5750 Wilshire Blvd., Ste 655<br>Los Angeles, CA 90036 | Manning, Leaver, Bruden, & Berberich<br>5750 Wilshire Blvd., Ste 655<br>Los Angeles, CA 90036<br>(323) 937-4730 | Judgment<br>RIC 522338 | - | $20,700.00 |
| Praxair Distribution<br>39 Old Ridgebury Road<br>Danbury, CT 06810 | The Guerrini Law firm<br>750 E. Green St., Ste 200<br>Pasadena, CA 91101<br>(626) 229-9611 | Judgment<br>RIC 534711 | - | $11,225.00 |

| Creditor | | Type | | Amount |
|---|---|---|---|---|
| Community Bank<br>790 E. Colorado Blvd., 3rd Floor<br>Pasadena, CA 91101 | | Unsecured Loan | - | $10,752.00 |
| Bank of America<br>1825 E. Buckeye Road<br>Phoenix, AZ 85034 | | Credit Card | - | $7,000.00 |
| Wells Fargo Bank<br>PO Box 3696<br>Portland, OR 97208 | | Credit Card | - | $6,101.00 |
| HSBC<br>PO Box 80084<br>Salinas, CA 93912 | | Credit Card | - | $3,800.00 |
| Dept. Industrial Relations<br>P.O. Box 420603<br>San Francisco, CA 94142 | | Judgment<br>RIC 528662 | - | $2,694.00 |
| Downs Energy<br>1296 Magnolia Ave.<br>Corona, CA 92879 | | Small Claims Judgment | - | $1,258.00 |
| Mr. Hose, Inc.<br>5574 E. Washington Blvd.<br>Commerce, CA 90040 | | Small Claims Judgment | - | $639.00 |
| First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104 | | Credit Card | - | $371.00 |
| Verizon<br>500 Technology Dr.<br>Weldon Springs, MO 63304 | | Phone Service | - | $328.00 |
| Global Pay Service Inc.<br>Niles, IL 60174 | | Admin. | - | $50.00 |

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Javier H. Castillo, Esq., SBN 219587<br>Castillo Law Office<br>3638 University Avenue, Suite 208<br>Riverside, CA 92501<br>Tel. (888) 229-0089<br>Fax (888) 229-0087 | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Edge Manufacturing, Inc.<br><br><br>                                                                                                                Debtor. | CHAPTER 11<br><br>CASE NUMBER<br><br><br>(No Hearing Required) |

# VENUE DISCLOSURE FORM
# FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*Attach additional sheets as necessary and indicate so in each section*

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

    1880 Delilah Street
    Corona, CA 92879

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

    1880 Delilah Street
    Corona, CA 92879

3. Disclose the current business address(es) for all corporate officers:

    1880 Delilah Street
    Corona, CA 92879

4. Disclose the current business address(es) where the Debtor's books and records are located:

    1880 Delilah Street
    Corona, CA 92879

---

*Rev. 12/99* This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California. **VEN-C**

| Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2 | **VEN-C** |
|---|---|
| In re  Edge Manufacturing, Inc. | CHAPTER 11 |
| Debtor. | CASE NUMBER |

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   1880 Delilah Street
   Corona, CA 92879

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   n/a

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify): Dennis Ghibaudo, CEO
   1880 Delilah Street
   Corona, CA 92879

8. Total number of attached pages of supporting documentation: 0

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the 30th day of December, 20 09, at Riverside, California.

Dennis Ghibaudo
*Type Name of Officer*

CEO
*Position or Title of Officer*

*Signature of Declarant*

Verification of Creditor Mailing List - (Rev. 10/6..,    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Javier H. Castillo Esq.

Address    3638 University Ave Suite 208 Riverside, CA 92501

Telephone    (888) 229-0089 Fax: (888) 229-0087

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: **Edge Manufacturing, Inc.** | Case No.: |
| --- | --- |
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __3__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  December 30, 2009

Signer/Title   Dennis Ghisando - CEO

Date:  December 30, 2009

Signature of Attorney
Javier H. Castillo Esq.
Law Office if Javier H. Castillo
3638 University Ave
Suite 208
Riverside, CA 92501
(888) 229-0089  Fax: (888) 229-0087

Debtor:

Edge Manufacturing, Inc.
1880 Delilah Street
Corona, CA 92879


Debtor's Counsel:

Javier H. Castillo, Esq.
Castillo Law Office
3638 University Ave. Ste 208
Riverside, CA 92501


Internal Revenue Service
PO Box 2068
Rancho Cordova, CA 95741


Bay Area Financial Corp.
12400 Wilshire Blvd., Ste 230
Los Angeles, CA 90025


Lori Ham
12211 Appian Dr.
Rancho Cucamonga, CA 91739


State Financial
Corporation
1661 W. San Vicente Blvd.
Los Angeles, CA 90049


Labowe, Labowe & Hoffman
1631 W. Beverly Blvd.
Los Angeles, CA 90026


TEC Equipment
5750 Wilshire Blvd., Ste 655
Los Angeles, CA 90036

Manning, Leaver, Bruden
5750 Wilshire Blvd., Ste 655
Los Angeles, CA 90036


Praxair Distribution
39 Old Ridgebury Road
Danbury, CT 06810


The Guerrini Law firm
750 E. Green St., Ste 200
Pasadena, CA 91101


Community Bank
790 E. Colorado Blvd., 3rd Floor
Pasadena, CA 91101


Bank of America
1825 E. Buckeye Road
Phoenix, AZ 85034


Wells Fargo Bank
PO Box 3696
Portland, OR 97208


HSBC
PO Box 80084
Salinas, CA 93912


Dept. Industrial Relations
P.O. Box 420603
San Francisco, CA 94142

Downs Energy
1296 Magnolia Ave.
Corona, CA 92879


Mr. Hose, Inc.
5574 E. Washington Blvd.
Commerce, CA 90040


First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104


Verizon
500 Technology Dr.
Weldon Springs, MO 63304


Global Pay Service Inc.
6215 West Howard St
Niles, IL 60714-3403


CA State Bd of Equalization
16715 Von Karman Ave Ste 200
Irvine, CA 92606


EDD
PO Box 2068
Rancho Cordova, CA 95741