PETER C. ANDERSON
UNITED STATES TRUSTEE
ABRAM S. FEUERSTEIN, State Bar No. 133775
ASSISTANT U.S. TRUSTEE
ELIZABETH A. LOSSING, State Bar No. 144100
TRIAL ATTORNEY
United States Department of Justice
Office of the United States Trustee
3685 Main Street, Suite 300
Riverside, California 92501-2804
Telephone: (951) 276-6990
Facsimile: (951) 276-6973
Email: Elizabeth.Lossing@usdoj.gov



FILED & ENTERED

MAR 04 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

In re:

EDGE MANUFACTURING, INC.,

                Debtor.

Case No. 6:10-bk-10110-TD

Chapter 11

ORDER DISMISSING CHAPTER 11 CASE WITH A 180- DAY BAR TO REFILING AND GRANTING JUDGMENT IN FAVOR OF THE UNITED STATES TRUSTEE AND AGAINST THE DEBTOR FOR UNPAID QUARTERLY DISBURSEMENT FEES

Date: February 25, 2010
Time: 10:00 a.m.
Ctrm: 303
      3420 Twelfth Street
      Riverside, CA 92501-3819

    The Court's hearing re status of reorganization case came on for hearing on February 25, 2010 at 10:00 a.m. before the Honorable THOMAS DONOVAN, United States Bankruptcy Judge. Elizabeth A. Lossing appeared on behalf of the United States Trustee. Javier Castillo appeared on behalf of the Debtor. Other appearances are as noted on the record.

    Based upon the Court's Order setting the hearing re status of reorganization case, the failure of the Debtor to file a Status Report, and good cause appearing therefor,

///

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2  1. The Bankruptcy Case is dismissed with a 180-day bar to refiling; and

3  2. Judgment is hereby entered in favor of the United States Trustee and against the Debtor in the amount of three hundred twenty-five dollars ($325.00) for unpaid Quarterly Disbursement Fees for the first quarter of 2010.

Presented by:

PETER C. ANDERSON
United States Trustee


By:  /s/ Elizabeth A. Lossing
     Trial Attorney
     Office of the U. S. Trustee

DATED: March 4, 2010

_____
United States Bankruptcy Judge

-2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:   3685 Main Street, Suite 300
Riverside, CA 92501

A true and correct copy of the foregoing document described: ORDER DISMISSING CHAPTER 11 CASE WITH A 180- DAY BAR TO REFILING AND GRANTING JUDGMENT IN FAVOR OF THE UNITED STATES TRUSTEE AND AGAINST THE DEBTOR FOR UNPAID QUARTERLY DISBURSEMENT FEES will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On 03/01/2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By U.S. Mail:
Debtor's Counsel                              **Debtor**
Javier H. Castillo, Esq.                      Edge Manufacturing Inc.
3638 University Ave. Ste 208                  1880 Delilah Street
Riverside, CA 92501                           Corona, Ca 92879

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **03/01/2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
Hon. Thomas Donovan, bin outside courtroom 303

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 03/01/2010 | Pat Pezoldt | /s/ Pat Pezoldt |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DISMISSING CHAPTER 11 CASE WITH A 180- DAY BAR TO REFILING AND GRANTING JUDGMENT IN FAVOR OF THE UNITED STATES TRUSTEE AND AGAINST THE DEBTOR FOR UNPAID QUARTERLY DISBURSEMENT FEES was entered on the date indicated as "Entered" on the first page of this judgment or order and will be  served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (ANEF@)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 03/01/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

US Trustee Trial Attorney: Elizabeth A. Lossing@usdoj.gov
U.S. Trustee: ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor's Counsel                **Debtor**
Javier H. Castillo, Esq.        Edge Manufacturing Inc.
3638 University Ave. Ste 208    1880 Delilah Street
Riverside, CA 92501             Corona, Ca 92879

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page